BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. , ex rel. WENDELL KOPREK AND ALAN NORTHINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME CARE NEVADA, INC. DBA NYE REGIONAL MEDICAL CENTER; VINCENT F. SCOCCIA, D.O.; ROBERT SHILLENN; MERCY F. PETERSON; BILL WINTERS; KARIN SCOCCIA; WILLIAM CHILDS; LINDA CHILDS; TERESA HARTZ, N.P.; ANN MILES, P.A.; HARRIS NEWMARK, III, M.D.; OWIE-BOO BOO LTD.; SCOCCIA MEDICAL SERVICES, LTD.; WLC VENTURES, INC.; *and* DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 2:11-CV-01065 JAM-KJN<br><br>**ORDER<br>RE GOVERNMENT'S ELECTION<br>TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of

ORDER                                       1

Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

    3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

    4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. The parties shall serve all notices of appeal upon the United States;

    6. All orders of this Court shall be sent to the United States; and

    7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 2/7/2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER    2