UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. , ex rel. WENDELL KOPREK AND ALAN NORTHINGTON,<br><br>                  Plaintiffs,<br><br>vs.<br><br>PRIME CARE NEVADA, INC. DBA NYE REGIONAL MEDICAL CENTER; et al.,<br><br>                  Defendants. | Case No. 2:11-CV-01065 JAM-KJN<br><br>**ORDER DISMISSING CASE** |

Relators, having filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a), and the United States, having consented to dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court orders as follows:

    1. This action is dismissed and with respect to the United States, dismissed without prejudice; and

    2. The Court's February 7, 2013 order designating which portions of the file are unsealed and which remain under seal remains in effect.

    IT IS SO ORDERED.

Dated: 2/11/2013

                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE